333 A.2d 880
**In re ESTATE of Claire WALTERS, a/k/a Claire
Franey Walters, Deceased.**

**Appeal of Margaret NIESS.**

Supreme Court of Pennsylvania.

Argued March 18, 1975.

Decided March 18, 1975.

George A. Heitczman, Bethlehem, O'Hare & Heitczman, Bethlehem, for appellant.

Floyd E. Heller, for appellees, Estate of Claire Franey Walters, Robert Gilbert, Executor.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, NIX and MANDERINO, JJ.

## OPINION OF THE COURT

PER CURIAM.

We agree with the orphans' court that the will of Claire Walters gives Margaret Niess the "right to occupy and use the premises until she quits the premises or until her death." Decree affirmed. Costs on appellant.

POMEROY, J., did not participate in the consideration or decision of this case.